# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:16-cv-01128-APG-NJK |
| Plaintiff, | |
| vs. | ORDER |
| SEVEN HILLS MASTER COMMUNITY ASSOCIATION, et al., | |
| Defendants. | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Plaintiff filed a complaint, but failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than May 25, 2016.

IT IS SO ORDERED.

DATED: May 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge