# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:16-cv-01128-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SEVEN HILLS MASTER COMMUNITY ASSOCIATION, et al., | |
| Defendant(s). | |

The discovery plan is due in this case on August 15, 2016. *See* Docket No. 19; Local Rule 26-1. In lieu of the submission of that discovery plan, however, the Court **SETS** a scheduling conference for 9:30 a.m. on August 22, 2016, in Courtroom 3A. Counsel shall be prepared to discuss, *inter alia*, whether the schedule for proceedings in this matter are impacted by the Ninth Circuit's recent decision finding NRS 116.3116 facially unconstitutional. *See Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, Case No. 15-15233 (9th Cir. Aug. 12, 2016).

IT IS SO ORDERED.

DATED: August 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge