NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB Mortgage Pass-Through Certificates, Series 2005-65CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHODLERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-65CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-65CB,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN HILLS MASTER COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01128-APG-NJK<br><br><br><br>**ORDER TO RELEASE BOND** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-65CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-65CB; and GABY KHAWAM, an individual,<br><br>Counter/Cross Defendants. | |

1

52277970;1

SFR Investments Pool 1, LLC demanded Bank of New York Mellon, formerly known as Bank of New York, as Trustee for the Certificateholders of Cwalt, Inc., alternative Loan Trust 2005-65CB Mortgage Pass-Through Certificates, Series 2005-65CB (**Bank of New York Mellon**) post a cost bond pursuant to NRS 18.130(1) (ECF 12). A $500 cash deposit was subsequently made by Akerman LLP on behalf of Bank of New York Mellon (ECF 15). The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff…" NRS 18.130(1). The court granted judgment in favor of Ditech (ECF 65). Since no costs may be awarded against Bank of New York Mellon and this matter is now concluded, the court will refund the $500 deposit plus interest to Akerman, LLP.

IT IS SO ORDERED.

Dated: 3/5/2020

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**AKERMAN LLP**

*/s/ Rex D. Garner*
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB Mortgage Pass-Through Certificates, Series 2005-65CB*

52277970;1